FILED

## UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA   2016 JUN 24   PM 4:50
### DIVISION

CLERK. US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DISTRICT

EDWIN TERRY WINFORD,
  Plaintiff

v.

STEVE M.FANLGEN,
  Defendant(s)

Case No. 3:16CV819-J-34MCR

(To be assigned by Clerk of District Court)

## COMPLAINT

I.    State the grounds or reasons for filing this case is Federal Court (i.e., breach of contract, violation of constitutional right, challenge to law/statute) (include federal statutes and/or U.S. Constitutional provisions, if you know them):

Honorable STEVE MICHALE FANLGEN ,HAS VIOLATED MY CONSTITUTIONAL RIGHT,BIAS,14TH AMENDMENT,1STAMENDMENT,BREACH  OF TRUST.UNFAIR TRIAL.THE JUDGE DIDN'T ALLOW MY EVIDENCE TO BE PRESENT AT THE COURT PROCEEDING JANUARY 21,2016. THERE WASN'T ANY WITNESS AND NO EVIDENCES PRESENT BY PLAINIFF MS STEPHANIE D. ANDERSON.ITS WAS HERESAY AND THE JUDGE PUNISNH WHEN HE SHOULDNOT.i HAVE MY CONSTITUTIONAL RIGHTD AND THE BILL OF RIGHTS.TO HAVE A FAIR HEARING WIT DURESS AND INTIMADATION.THE JUDGE  MIS-LEAD ME AND I BECAME A WITH FOR THE PLAINTIFF.THEN THE JUDGE WON'T ALLOW MY EVIDENCES.UNEQUAL TEARTMENT LIKE GENDER .ITS WAS A FRAUD INJUNCTION.I HAVE MY EVIDENCE AND I TOLD THE JUDGE I HAVEN'T SEEN STEPHANIE D. ANDERSON IN OVER 3 AND HALF YEARS.STEPHANIES ANDERSON IS THE MOTHER OF MY CHILD.MY CHILD I HAVEN'T SEEN IN OVER 3 AND HALF YEARS .I TRY BUT THE MOTHER REFUSED.I DON'T GO AROUND MY CHILD MOTHER AND I WAS WAITING 3 AND HALF YEARS TO MEET MY SON.SHE ONLT ALLOW 3 VISITS ONCES A YEAR.I WAS PUNISHT OFR BEING OFF RECORD AND  QUOTING A BILE VERSE. I WAS WAITING FOR A POLICE TO WALK ME OUT OF THE COURT,SO I COULD GET PASS MY MYCHILD MOTHER.CHILD SUPPORT REPRSENTIVE OVER HEAR ME AND TOLD HERRING OFFICER AND THEY RAN AN GOT MY CHILD MOTHER AND TOLD HER TO PUT AN INJUNCTION ON ME ,WITHOUT HER MY SIDE AND I WAS STILL INSIDE THE COURT WITH ALOT OF POLICE THIS IS BIAS.I TRY TELLING THE JUDGE i KNOW MY WARING SIGNS AND TRIGGER POINTS-AND CRISSS LEVEL.HE JOKE.I HAVE MORE INFORMATION I WILL FILE.THIS IS A VIOLATION OF MY CONTITUTIONAL RIGHTS .I WILL PROVIDE IN MY EVIDENCES.

II.   Plaintiff, EDWIN TERRY WINFORD is a citizen of _____ and is domiciled at
      P.O.BOX 350424, JACKSONVILLE in the county of  Florida 32235

III.   Defendant(s),

              STEVE M.FANLGEN lives at, or its business is located at 501 WEST ADAMS
              STREET, JACKSONVILLE, FLORIDA 32202


IV.   Venue

              Where did the events giving rise to this claim take place? JACKSONVILE FLORIDA

V.    Statement of Facts (State as briefly and clearly as possible the facts of your case.  Describe
      how each defendant is involved and what each defendant personally did or failed to do,
      which resulted in harm to you.  Include the names of other people involved along with dates
      and places.  Take time to organize your statement.  Each fact should be a separate sentence,
      and each sentence should be consecutively numbered.  Please make each sentence a separate
      numbered paragraph.)


VI.   Statement of claim (In separately numbered sentences or counts, please state each claim you
      are making.  For example, breach of contract, violation of the Constitutional rights, or
      violation of statute.  For each claim, list each defendant that the claim is against.  Describe
      specifically the wrongful conduct, action, or failure to act.  Be as specific as possible.  Take
      time to organize your statement. It is not necessary to make legal arguments, or to cite cases
      or statutes.  You may use additional paper if necessary):

      1.      ALAN BRADLEY  NON-JUDICLA AND A CHILD SUPPORT
              WORKER INTERFERED WITH LEGAL MATTER AND WAS BIAS
              BECAUSE HE DIDN'T EXPLAIN EVERYTHING AND I WAS OFF
              RECORDS AND BREACH THE NON-DISCLOSURE AND WAS
              BIAS AND UNEQUAL TREATMENT AND VIOLATION OF LAWS
              AND MT CONSTITUTIONAL RIGHTS. LEATERICE WALTON
              WAS NOT THE ATTORNEY OF RECORD AND WAS BIAS
              UNEQUAL BY GENDER AND VIOLATED MY CONSTITUTIONAL
              RIGHTS..STEVE MICHAEL FAHLGEN  WAS BIAS AND USED
              MIS-LEADING LEGAL TRICKS AND DIDN'T ALLOW MY
              EVIDENCES TO PROVE MY CASE. AND PUT ME UNDER
              DURESS. AND DUE PROCESS WASN'T GRANT FAIR.AND HE
              USE OTHER LEGAL TRICK TO TRY TO PUT ME IN JAIL.I WILL
              FILED MORE INFORMATION TO PROVE MY CLAIM.

VII.  Relief: State briefly and exactly what you want the Court to do for you.  Make no legal
      arguments; cite no cases or statutes.

I WOPULD LIKE THE COURT TO RIGHTS THE WRONG THAT HAS HAPPEN TO ME. AND FINE DAMAGES BECAUSE IM SCARED AND WILL NEVER FEEL SAFE AND ESPECIALLY TO SEE MY SON.I WAS DOING EVERYTHING THING THE LEGAL WAY .

VIII.   Money damages:

Do you claim either actual or punitive monetary damages for the acts alleged in this complaint?  yes

3.000.000

IX.   Jury Trial Demand

Are you seeking a jury trial in this case?  false

X.   Additional Information:

IM INNOCENT I HAVE CONDITION THAT IS WORST NOW.HOW CAN I SEE MY CHILD.THAT ALL I WAS TRYING TO DO LEAG

_____                   6-24-2016
Signature of Plaintiff                            Date
P.O.BOX 350424
904-645-0408
edwintwinford@yahoo.com